UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | HON. FREDA L. WOLFSON |
| v. | : | |
| JOHN SCHOLTZ | : | CRIMINAL NO. 17-103 |

**ORDER PERMITTING DEPOSIT OF FUNDS PRIOR TO SENTENCING**

This matter having come before the Court upon the joint application of the United States of America, by and through William E. Fitzpatrick, Acting United States Attorney (Sarah M. Wolfe, Assistant United States Attorney, appearing) and defendant John Scholtz (Brian Reilly, Assistant Federal Public Defender, appearing), for an order permitting all monies previously deposited under Misc. No. 16-101 and any future monies received from or on behalf of defendant John Scholtz, to be deposited and consolidated in the Court's registry under Crim. No. 17-103 prior to sentencing, and held therein to pay any future monetary penalty or restitution obligation that may be imposed against John Scholtz in this matter;

IT IS, on this ___6th___ day of June, 2017,

**ORDERED THAT** the Clerk of the United States District Court for the District of New Jersey is hereby authorized to deposit and consolidate all monies previously deposited under Misc. No. 16-101 and any future monies received from or on behalf of defendant John Scholtz into the Court's registry under Criminal No. 17-103, pending further order of the Court.

```
_____
HONORABLE FREDA L. WOLFSON
UNITED STATES DISTRICT COURT JUDGE
```